NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3016

TRACLAIRE HOLLEY,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in AT0752090463-I-1.

ON MOTION

## ORDER

The United States Postal Service moves to reform the official caption to designate the Merit Systems Protection Board as respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. In this case, the Board's decision involved the jurisdiction of the Board. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1)     The motion is granted. The revised official caption is reflected above.

(2)     The petitioner's brief, if it has not already been filed, is due within 21 days of the date of filing of this order. The petitioner's Fed. Cir. R. 15(c) statement concerning

discrimination is also due within 21 days of the date of filing of this order.

FOR THE COURT

DEC 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Traclaire Holley (Fed. Cir. R. 15(c) form enclosed)
      Joseph A. Pixley, Esq.
      Michael Carney, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 0 2009

JAN HORBALY
CLERK

2010-3016                          2